IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARTINSON INDUSTRIES, LLC,
a Delaware limited liability company,

Plaintiff,

vs.

PHALANX DEFENSE SYSTEMS, LLC,
a Florida limited liability company

Defendant.

Case No.: 1:19-cv-00052-MW-GRJ

## PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS (DOC. 9)

Pursuant to Rule 15(a)(1)(B), in response to Defendant's motion to dismiss (Doc. 9), Martinson Industries, LLC has filed a first amended complaint, found at Document 12.

Dated June 14, 2019

*s/Ryan T. Santurri*
Stephen H. Luther
Florida Bar No. 528846
Primary: sluther@allendyer.com
Secondary: mleavy@allendyer.com
Ryan T. Santurri
Florida Bar No. 0015698
Primary: rsanturri@allendyer.com
Secondary: mleavy@allendyer.com

- 1 -

**ALLEN, DYER, DOPPELT,**
**& GILCHRIST, P.A.**
255 S. Orange Avenue, Suite 1401
Orlando, Florida 32801
Tel. (407) 841-2330
Fax: (407) 841-2343
Local Counsel for Plaintiff

Sean Sweeney
Maine Bar No. 10062
Massachusetts Bar No. 667,938
Tredecim LLC
91-J Auburn Street, #1133
Portland, ME 04103
sean@tredecimlaw.com
(207) 221-6100
Trial Counsel for Plaintiff (*Pro Hac Vice*)

## CERTIFICATE OF WORD COUNT

I HEREBY CERTIFY that the above document complies with Local Rule 7.1(F). The memorandum, including headings, footnotes, and quotations, contains 23 words.

*s/Ryan T. Santurri*
Ryan T. Santurri

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2019, I electronically filed the foregoing using the Management/Electronic Case Filing ("CM/ECF") system, which will send a Notice of Electronic Filing to the following CM/ECF participants:

Douglas Wm. Massinger, Esq.
Massinger Law Offices
887 NE 100 Street
Ocala, FL 34479
dwm@massingerlaw.com


 *s/Ryan T. Santurri*
 Ryan T. Santurri