# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**MARTINSON INDUSTRIES, LLC,**

    **Plaintiff,**

**v.**                                                                 Case No. 1:19cv52-MW/GRJ

**PHALANX DEFENSE SYSTEMS,**

    **Defendant.**

    _____/

## ORDER DENYING MOTION TO DISMISS AS MOOT

Plaintiff has filed its First Amended Complaint. ECF No. 12. Accordingly, Defendant's Motion to Dismiss, ECF No. 9, is **DENIED as moot**.

**SO ORDERED on June 20, 2019.**

                                              **s/ MARK E. WALKER**
                                              **Chief United States District Judge**