# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

| | |
|---|---|
| MARTINSON INDUSTRIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PHALANX DEFENSE SYSTEMS, LLC,<br><br>Defendant. | Case No.: 1:19-cv-00052-AW-GRJ |

## FIRST JOINT STATUS REPORT

Pursuant to the Court's June 3, 2019 Initial Scheduling Order (Dkt. 10), Plaintiff Martinson Industries, LLC ("Martinson") and Defendant Phalanx Defense Systems, LLC ("Defendant"), through their respective counsel, provide the following report regarding the status of discovery:

1. Defendant served initial discovery requests consisting of six (6) interrogatories and fifty (50) requests for production directed to Plaintiff on June 27, 2019. Plaintiff's responses are due on or before July 29, 2019.

2. The parties participated in a Rule 26(f) conference on July 2, 2019, via telephone and will be filing their joint report with the Court by July 16, 2019.

3. The parties will be providing their Rule 26(a)(1) initial disclosures by July 16, 2019,

4. The next Joint Status Report is due on Friday August 2, 2019.

Dated: July 3, 2019

Respectfully submitted,

*s/ Stephen H. Luther*
Stephen H. Luther
Florida Bar No. 528846
Primary: sluther@allendyer.com
Secondary: mleavy@allendyer.com
Ryan T. Santurri
Florida Bar No. 0015698
Primary: rsanturri@allendyer.com
Secondary: mleavy@allendyer.com
Allen, Dyer, Doppelt
& Gilchrist, P.A.
255 S. Orange Avenue, Suite 1401
Orlando, Florida 32801
Tel. (407) 841-2330
Fax: (407) 841-2343
Local Counsel for Plaintiff

Sean Sweeney *(pro hac vice)*
Maine Bar No. 10062
Massachusetts Bar No. 667,938
sean@tredecimlaw.com
Tredecim LLC
91-J Auburn Street, #1133
Portland, ME 04103
 (207) 221-6100
Trial Counsel for Plaintiff

Respectfully submitted,

*s/ Douglas Wm. Massinger*
Douglas Wm. Massinger
Florida Bar No. 855391
dwm@massingerlaw.com
Massinger Law Offices
887 NE 100 Street
Ocala, FL 34479
Tel. (352) 351-0351
Fax. (352) 351-0359
Attorneys for Defendant

Dennis Butler *(pro hac vice)*
Panitch Schwarze Belisario & Nadel LLP
dbutler@panitchlaw.com
Wells Fargo Tower
2200 Concord Pike, Suite 201
Wilmington, DE 19803
Tel. (302) 394-6006
Fax: (302) 394-6031
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 3, 2019, I electronically filed the foregoing using the Management/Electronic Case Filing ("CM/ECF") system, which will send a Notice of Electronic Filing to the following CM/ECF participants:

Douglas Wm. Massinger, Esq.
Massinger Law Offices
887 NE 100 Street
Ocala, FL 34479
dwm@massingerlaw.com

Dennis J. Butler, Esq.
Panitch Schwarze Belisario
 & Nadel LLP
Wells Fargo Tower
2200 Concord Pike, Suite 201
Wilmington, DE 19803
dbutler@panitchlaw.com

*s/Stephen H. Luther*
Stephen H. Luther